UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JESSE WESTERMAN, et al., | ) |
| Plaintiff | ) ) ) |
| v. | ) No. 2:13-cv-00014-GZS ) |
| CUMBERLAND COUNTY, et als., | ) ) |
| Defendant | ) ) ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 34) filed December 18, 2013, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 24) is **GRANTED IN PART** in that Count I, the sole federal claim, is **DISMISSED WITH PREJUDICE** and that Count II, the state law claim, is **DISMISSED WITHOUT PREJUDICE**.

      /s/ George Z. Singal
      United States District Judge

Dated this 26th day of January, 2014.